MARK D. MILLER 116349
(mmiller@sierraiplaw.com)
WILLIAM K. NELSON 279450
(wnelson@sierraiplaw.com)
SIERRA IP LAW, PC
A Professional Corporation
7030 N. Fruit Ave., Suite 110
Fresno, California 93711
Post Office Box 5637
Fresno, California  93755-5637
Telephone:  (559) 436-3800
Facsimile:   (559) 436-4800

Attorneys for Plaintiffs
CABALLEROS, INC.,
SCORPION MEZCAL S.A. DE C.V., and
DOUGLAS KOHLBERG FRENCH.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

* * *

| | |
|---|---|
| CABALLEROS, INC., a Virginia Corporation, SCORPION MEZCAL S.A. DE C.V., a Mexico Corporation, and DOUGLAS KOHLBERG FRENCH, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>CENTRURO, S.A.P.I. DE C.V., a Mexico Corporation; LA BOTELLA NEGRA, S.A.P.I. DE C.V., a Mexico Corporation;  ERNESTO CARLOS IBARRA HENKEL, an individual.<br><br>    Defendant. | Case No. 2:21-cv-08442-MEMF-PVC<br><br>**EX PARTE APPLICATION REQUESTING AN EXTENSION OF TIME TO SERVE CENTRURO, S.A.P.I. DE C.V.; LA BOTELLA NEGRA, S.A.P.I. DE C.V.;  ERNESTO CARLOS IBARRA HENKEL.** |

Plaintiffs Caballeros, Inc., Scorpion Mezcal S.A. De C.V., and Douglas Kohlberg French hereby file this Ex Parte Application Requesting an Extension of Time to serve Defendants, CENTRURO, S.A.P.I. DE C.V., LA BOTELLA NEGRA, S.A.P.I. DE C.V., a Mexico Corporation, and ERNESTO CARLOS

1

PLAINTIFF'S EX PARTE APPLICATION REQUESTING AN EXTENSION OF TIME TO SERVE CENTRURO, S.A.P.I. DE C.V., ET AL.

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

IBARRA HENKEL, an individual.  The Court issued an Order dated October 6, 2023 (Doc. No. 44) extending the time for serving Defendants to December 29, 2023.  Plaintiffs respectfully request a further extension of time to serve the Summons and Complaint in this matter for the reasons stated below:

1. Plaintiffs brought this lawsuit against the Defendant CENTRURO, S.A.P.I. DE C.V. ("CENTRURO") on October 25, 2021, alleging that CENTRURO's use of the trademark ALACRAN and related marks constitutes trademark infringement, false designation of origin, and unfair competition.

2. Plaintiffs filed a First Amended Complaint on March 29, 2023 (Doc. No. 35) against the Defendant CENTRURO and adding Defendants LA BOTELLA NEGRA, S.A.P.I. DE C.V. ("LA BOTELLA"), a Mexico Corporation and believed successor in interest to CENTRURO, and ERNESTO CARLOS IBARRA HENKEL ("HENKEL"), an individual living in Mexico and believed a common owner of both CENTRURO and LA BOTELLA.  On information and belief, both newly added Defendants are involved in the production, sale, and distribution of distilled spirits under the ALACRÁN mark.

3. CENTRURO, LA BOTELLA, and HENKEL are located in Mexico as specified on the Summons issued March 30, 2023 (Doc. No. 38). Plaintiffs are actively pursuing service of CENTRURO, LA BOTELLA, and HENKEL under Rule 4(h)(2) under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (Article 5, fourth paragraph) protocols and the authority of the Central Authority in Mexico (Consultoría Jurídica of the Secretaría de a Relaciones Exteriores, Plaza Juárez No. 20, piso 6, Col. Centro, Alcaldía Cuauhtémoc, C.P. 06010, Ciudad de México, México, referred to herein as the "Central Authority") with the assistance of associate counsel in Mexico.

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

2

PLAINTIFF'S EX PARTE APPLICATION REQUESTING AN EXTENSION OF TIME TO SERVE CENTRURO, S.A.P.I. DE C.V., ET AL.

|   |   |
|---|---|
| 1<br>2<br>3<br>4 | Section (m) of Rule 4 of the Federal Rules of Civil Procedure limits the time for service of a complaint to ninety (90) days from the date the complaint is filed. However, subdivision (m) does not apply to service in a foreign country under Rule 4(h)(2). |
| 5.    4. | Plaintiff has reinitiated service of process under the Hague Convention protocol. The complaint and summons have been translated and Petitions for Service have been submitted to the Central Authority in Mexico for each Defendant. Plaintiff's foreign associates in Mexico confirmed that Letters Rogatory to serve the summons and complaint to CENTRURO, LA BOTELLA, and HENKEL were issued in early August by the Central Authority to the Tribunal Superior de Justicia de la Ciudad de México ("Mexico City Superior Court", which is the authorized government entity for the issuance of a summons in Mexico City) and the Supremo Tribunal de Justicia del Estado de Jalisco ("Jalisco Superior Court", which is the authorized government entity for the issuance of a summons in Jalisco). |
| 5. | Plaintiffs' associate counsel in Mexico has been diligently contacting the Central Authority, the Mexico City Superior Court, and the Jalisco Superior Court periodically to track the progress regarding the status of the summons and service on the Defendants. We have also submitted multiple information requests to the Central Authority in the form of emails and a writ requesting the status of the summons and service. We have not received any further information from the Central Authority beyond the confirmation that the issuance of the Letters Rogatory. |
| 6. | Due to the delays and inefficacy of service through the Hague Convention protocol, Plaintiffs plan to serve CENTRURO and LA BOTELLA NEGRA by service on the Director of the U.S. Patent and Trademark Office. The Lanham Act allows trademark applicants domiciled in foreign countries to designate a domestic representative in the United States to whom notices or |

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. BOX 5637
FRESNO, CA  93755-5637

PLAINTIFF'S EX PARTE APPLICATION REQUESTING AN EXTENSION OF TIME TO SERVE
CENTRURO, S.A.P.I. DE C.V., ET AL.

process in proceedings affecting the mark may be served. 15 U.S.C.S. § 1051(e).  If the foreign-domiciled applicant declines to designate a domestic representative, or the designated person cannot be found, the statute provides that the applicant may be served through the Director of the U.S. Patent and Trademark Office (PTO).  *Ibid.*  Service under section 1051(e) is proper in connection with a "proceeding affecting [a trademark]" according to the Ninth Circuit.  *San Antonio Winery, Inc. v. Jiaxing Micarose Trade Co., Ltd.*, 53 F.4th 1136 (9th Cir. 2022).

7. Plaintiffs request that a new summons be issued for purposes of service of La Botella Negra and Centruro through the Director of the USPTO. A new summons is submitted herewith.

8. Plaintiffs will serve Centruro and La Botella Negra through the USPTO upon issuance of the new summons and continue to diligently pursue service of Defendant HENKEL in Mexico.

9. In light of the foregoing, the Plaintiffs respectfully request that the time for service of the Summons and Complaint, or for supplying the Court with a further report on the status of same, be extended for three (3) months, until March 29, 2024.

Dated:  December 29, 2023

SIERRA IP LAW, PC

By  /s/ William K. Nelson
William K. Nelson
Attorneys for Plaintiffs,
CABALLEROS, INC.
SCORPION MEZCAL S.A. DE C.V
DOUGLAS KOHLBERG FRENCH

4

PLAINTIFF'S EX PARTE APPLICATION REQUESTING AN EXTENSION OF TIME TO SERVE CENTRURO, S.A.P.I. DE C.V., ET AL.