MARK D. MILLER 116349
(mmiller@sierraiplaw.com)
WILLIAM K. NELSON 279450
(wnelson@sierraiplaw.com)
SIERRA IP LAW, PC
A Professional Corporation
7030 N. Fruit Ave., Suite 110
Fresno, California 93711
Post Office Box 5637
Fresno, California 93755-5637
Telephone: (559) 436-3800
Facsimile: (559) 436-4800

*Attorneys for Plaintiffs CABALLEROS, INC., SCORPION MEZCAL S.A. DE C.V., and DOUGLAS KOHLBERG FRENCH.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CABALLEROS, INC., a Virginia Corporation, SCORPION MEZCAL S.A. DE C.V., a Mexico Corporation, and DOUGLAS KOHLBERG FRENCH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br><br>CENTRURO, S.A.P.I. DE C.V., a Mexico Corporation; LA BOTELLA NEGRA, S.A.P.I. DE C.V., a Mexico Corporation; ERNESTO CARLOS IBARRA HENKEL, an individual.<br><br>Defendant. | CASE NO. 2:21-cv-8442-MEMF-PVC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br><br>**Complaint served: February 7, 2024** |

IT IS HEREBY STIPULATED, Pursuant to Civil L.R. 8-3, Plaintiffs Caballeros, Inc. ("Caballeros"), and Scorpion Mezcal S.A. de C.V. ("Scorpion Mezcal") and Douglas Kohlberg French ("French") (collectively, "Plaintiffs") and Defendant Centruro, S.A.P.I. DE C.V. ("Centruro") and La Botella Negra, S.A.P.I. DE C.V. ("La Botella Negra"), by and through their counsel of record, hereby stipulate as follows:

1  WHEREAS on March 29, 2023, Plaintiffs filed the operative Complaint (Dkt. 35);

2  WHEREAS on February 7, 2024, Defendant filed a proof of service stating that Centruro and

3  La Botella Negra had been served and listing a response date of February 28, 2024 (Dkt. 53 and 54);

4  WHEREAS Plaintiffs, Centruro, and La Botella Negra stipulate to extend the February 28

5  date by 30 days, to March 29, 2024.

6  NOW THEREFORE, it is hereby stipulated and agreed that Centruro and La Botella Negra's

7  deadline to respond to the operative Complaint is extended to March 29, 2024.

8  **IT IS SO STIPULATED.**

9  DATED: February 27, 2024                          SIERRA IP LAW, PC
10                                                   A Professional Corporation

11                                                   By: */s/William K. Nelson*
12                                                         William K. Nelson
                                                           *Attorneys for Plaintiffs,*
13                                                         *CABALLEROS, INC.*
                                                           *SCORPION MEZCAL S.A. DE C.V.*
14                                                         *DOUGLAS KOHLBERG FRENCH*

15
                          **ATTESTATION OF SIGNATURE**
16
17  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this

18  document has been obtained from defendants Centruro, S.A.P.I. DE C.V. and La Botella Negra,

19  S.A.P.I. DE C.V.

20
                                                     */s/William K. Nelson*
21                                                         William K. Nelson

22

23

24

25

26

27

28